IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. BUSTOS,<br><br>   Plaintiff,<br><br>   v.<br><br>TOM RIDGE,<br><br>   Defendant. | No. C 04-01173 CRB<br><br>**ORDER** |

   Now pending before the Court is plaintiff's motion for leave to file a Third Amended Complaint. Plaintiff contends that his Third Amended Complaint (1) eliminates a cause of action based on the discriminatory impact of defendant's use of the Promotional Assessment Test (PAT), and (2) adds an EEO administrative claim that was recently exhausted. Defendant does not oppose the above amendments, but claims that the Third Amended Complaint does more; in particular, defendant argues that additional amendments revive settled and unexhausted claims.

   Plaintiff did not file a reply memorandum to defendant's opposition. Accordingly, plaintiff is ordered to meet and confer with defendant regarding plaintiff's proposed Third Amended Complaint. On or before noon on Thursday, October 6, 2005, the parties shall jointly advise the Court in writing as to the outcome of their meet and confer. Unless the parties reach a stipulation as to the proposed amendments, they shall still

1  appear at 10:00 a.m. on October 7, 2005 for the hearing on plaintiff's motion for leave.

2  **IT IS SO ORDERED.**

3



4  Dated: October 3, 2005            CHARLES  R. BREYER
                                         UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2004\1173\orderremeet.wpd      2