1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (CSBN 148792)
   Assistant United States Attorney
4
         450 Golden Gate Avenue, P.O. Box 36055
5        San Francisco, California 94102-3495
         Telephone:    (415) 436-6909
6        Facsimile:    (415) 436-6748
         Email:        jonathan.lee@usdoj.gov
7
   Attorneys for Federal Defendant
8
                       UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11

12 JUAN M. BUSTOS,                        )  Case No. C04-1173 CRB
                                          )
13              Plaintiff,                )  **E-FILING CASE**
                                          )
14       v.                               )  **STIPULATION AND** ~~PROPOSED~~
                                          )  **ORDER TO CONTINUE FURTHER**
15 MICHAEL CHERTOFF, Secretary of the     )  **CASE MANAGEMENT CONFERENCE**
   United States Department of Homeland   )
16 Security,                              )
                                          )
17              Defendant.                )
                                          )
18 _____ )

1  Subject to the approval of this Court, the parties, by and through their counsel of record, stipulate to postpone the Further Case Management Conference currently scheduled for December 9, 2005 at 8:30 a.m.  The basis for this request is: (1) defendant has new counsel, Assistant U.S. Attorney Jonathan U. Lee, as of November 28, 2005, due to the departure from the U.S. Attorney's Office of prior counsel; and (2) defense counsel is unavailable from December 5-16, 2005 due to a previously planned business trip to South Carolina.  As a result, the parties request that the Further Case Management Conference be continued to ~~December 23, 2005,~~ January 06, 2006 or the first available Friday in January 2006.

**IT IS SO STIPULATED.**

DATED: December 2, 2005        LAW OFFICE OF STEVEN F. GRUEL

                                           /s/
                               _____
                               STEVEN F. GRUEL
                               SANDRA L. TETERS
                               Attorneys for Plaintiff Bustos


DATED: December 2, 2005        KEVIN V. RYAN
                               United States Attorney

                                           /s/
                               _____
                               JONATHAN U. LEE
                               Assistant United States Attorney
                               Attorneys for Defendant Ridge


**PURSUANT TO STIPULATION, IT IS APPROVED AND SO ORDERED**.

DATED: December 02, 2005       _____
                               The Hon. CHARLES R. BREYER
                               United States District Court Judge

APPROVED
Judge Charles R. Breyer

STIPULATION AND PROPOSED ORDER
C 04-1173 CRB                      2