KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, P.O. Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6909
    Facsimile:  (415) 436-6748
    Email:  jonathan.lee@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN M. BUSTOS, | Case No. C04-1173 CRB |
| Plaintiff, | **E-FILING CASE** |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security, | |
| Defendant. | |

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff JUAN BUSTOS and Defendant MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security, stipulate to the dismissal with prejudice of <u>Juan Bustos v. Michael Chertoff, Secretary, U.S. Department of Homeland Security</u>, Northern District of California case number C 04-1173 CRB. Each party will bear its own costs.

Dated: MARCH 29, 2006

JUAN BUSTOS
Plaintiff

Date: March 31, 2006

STEVEN F. GRUEL
LAW OFFICES OF STEVEN F. GRUEL
Attorneys for Plaintiff

Dated: march 31, 2006

KEVIN V. RYAN
United States Attorney

JONATHAN U. LEE
Assistant United States Attorney
Attorneys for the Federal Defendant

### [PROPOSED] ORDER

**PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, APPROVED AND SO ORDERED:**

Dated: April 03, 2006

The Honorable CHARLES R. BREYER
United States District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*